UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

McGinnis et al.,

                Plaintiffs,                20 Civ. 9786 (KMK)(AEK)

   -against-                            **CANCELLATION ORDER**

Village of Monticello et al.,

                Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the parties' letter advising the Court that this matter has settled, *see* ECF No. 37, the telephonic conference scheduled for **Thursday**, **July 29**, **2021, at 9:30 a.m.** before Magistrate Judge Krause is hereby **cancelled**.

Dated:  July 22, 2021
           White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge